IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN I. KELLEY f/k/a SUSAN I. LONG, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 08-2377 |
| v. | : | |
| | : | |
| AMERISOURCEBERGEN CORP., | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 29th day of September, 2009, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 11) is GRANTED for the reasons stated in the accompanying memorandum. Accordingly, JUDGMENT IS ENTERED in favor of Defendant and against Plaintiff.

BY THE COURT:

S/ C. Darnell Jones II
　　　　　　　　　　　　J.